IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JASPER B. BANKS,**

        **Plaintiff,**

    -vs-                                No. 04-CV-272 DRH

**ADMINISTRATOR WOZNIAK,**

        **Defendant.**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came before the Court on a Report and Recommendation by United States Magistrate Judge Clifford J. Proud.

**IT IS ORDERED AND ADJUDGED** that the report is **ADOPTED** in its entirety.

Plaintiff's Complaint is **DISMISSED with prejudice** for failure to prosecute.------------------------

**NORBERT G. JAWORSKI, CLERK**

July 10, 2006.                                          BY: s/Patricia Brown
                                                               Deputy Clerk

APPROVED:/s/    David   RHerndon
                **U.S. DISTRICT JUDGE**